[No. 3332.  Decided  April 7, 1900.]

NORTHERN PACIFIC RAILWAY COMPANY, *Respondent*, v. SPOKANE COUNTY, *Defendant*, GEORGE MUDGETT, *Treasurer*, *Appellant*.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge.   Affirmed.

*Armour, Cool & Shine* and *Thomas M. Vance*, for appellant.
*Stephens & Bunn*, for respondent.

PER CURIAM.—Aside from the motion to dismiss in this case, which we are inclined to think is well taken, the demurrer to the complaint or petition was properly sustained, under the rule announced in *Stallcup v. Tacoma*, 13 Wash. 141 (42 Pac. 541), under the provisions of § 347, Bal. Code, and various other provisions of the statute in relation to the duties and powers of county commissioners.

The judgment is affirmed.